# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** JOSEPH M. CAMPBELL                                                      Case No: 15-50066
MICHELLE K. CAMPBELL
162 E. BERGEY STREET
WADSWORTH, OH 44281

### TRUSTEE'S  INTENT TO PAY CLAIMS AS OF 05/04/2015

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| 01-1 | Secured | WELLS FARGO BANK NA | 500.00 | 1,982.00 | 1,982.00 | 100.0000% |
| 02-1 | Secured | OCWEN LOAN SERVICING LLC | 13,260.00 | 15,104.68 | 15,104.68 | 100.0000% |
| 02-1M | Secured | OCWEN LOAN SERVICING LLC<br>CONDUIT PYMT | Continuing | Continuing | Continuing<br>895.81 | 100.0000% |
| 03-1 | Secured | WESTLAKE FINANCIAL SERVICES | 3,500.00 | 3,325.30 | 3,325.30<br>Interest at 14.9000% | 100.0000% |
| AP-2 | Secured | WESTLAKE FINANCIAL<br>NO CLAIM FILED AT CONFIRMATION | 5,225.00 | 5,225.00 | 157.00 | 100.0000% |
| 01-1 | Unsecured | WELLS FARGO BANK NA<br>Split Claim | None | 306.65 | 27.60 | 9.0000% |
| | Unsecured | FIRST CREDIT INC<br>SUMMA | 550.00 | None | None | 9.0000% |
| | Unsecured | FIRST CREDIT INC<br>SUMMA | 165.00 | None | None | 9.0000% |
| | Unsecured | MONARCH RECOVERY<br>GE CAPITAL | 1,057.00 | None | None | 9.0000% |
| | Unsecured | WESTLAKE FINANCIAL SERVICES<br>Split Claim | 7,375.00 | None | None | 9.0000% |
| | Unsecured | ASSET VENTURES LLC<br>TO BE AVOIDED | 18,780.00 | None | None | 9.0000% |
| 798 | Attorney | DONALD LUKE ROSS ESQ | None | 1,200.00 | 1,200.00 | 100.0000% |

# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** JOSEPH M. CAMPBELL

MICHELLE K. CAMPBELL
162 E. BERGEY STREET
WADSWORTH, OH 44281

Case No: 15-50066

### TRUSTEE'S INTENT TO PAY CLAIMS AS OF 05/04/2015

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| 799 | Attorney | DONALD LUKE ROSS ESQ | 3,000.00 | 1,000.00 | 1,000.00 | 100.0000% |
| | | Dated: 5/4/2015          Case Totals | 53,412.00 | 23,075.63 | 22,796.58 | |

### NOTICE

Absent an objection or court order, the Trustee shall pay proofs of claims as filed pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3001(F). If the Debtor(s) have an objection to paying a claim as filed they should immediately contact their attorney to discuss if an objection can be filed to the claim.

Keith L. Rucinski
Chapter 13 Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308

A copy of the foregoing Trustee's Intent to Pay Claims was served electronically thru ECF on the debtor's attorney and either by regular U.S. mail upon the debtor(s), or via email upon the debtor(s) with written permission provided to the Trustee.

DONALD LUKE ROSS ESQ
BROWN, AMODIO & CHANDLER LPA
109 W LIBERTY STREET
MEDINA, OH 44256

JOSEPH M. CAMPBELL
MICHELLE K. CAMPBELL
162 E. BERGEY STREET
WADSWORTH, OH 44281