# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION, AKRON

| | |
|---|---|
| In Re: ) | Chapter 13 Case No. 15-50066 |
| ) | |
| JOSEPH M. CAMPBELL ) | Judge Alan M. Koschik |
| MICHELLE K. CAMPBELL ) | |
| ) | |
| ) | **NOTICE OF OBJECTIONS TO PROOFS** |
| Debtor(s). ) | **OF CLAIM** |

Joseph M. Campbell and Michelle K. Campbell have filed Objections to Proofs of Claims in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to reduce, modify, change or eliminate your claim, then on or before, *June 14, 2015,* you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

>Office of the U.S. Bankruptcy Clerk
>John F. Seiberling Federal Building and U.S. Courthouse
>2 South Main Street, Room 455
>Akron, Ohio  44308

If you mail your response to the court for filing, you must mail it early enough so that the court will *receive* it on or before the date stated above.

You must also mail a copy to:

>Donald L. Ross
>Attorney for Debtor(s)
>109 W. Liberty Street
>Medina, Ohio  44256

1

15-50066-amk    Doc 32    FILED 05/14/15    ENTERED 05/14/15 10:06:17    Page 1 of 3

Attend the hearing on the objection, which has yet to be scheduled, but will be held in Courtroom No. 260, United States Bankruptcy Court, 2 South Main Street, Akron, Ohio 44308.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Respectfully submitted,
BROWN, AMODIO & CHANDLER, LPA

Dated:   05/14/2015            /s/ Donald Luke Ross
                               Donald Luke Ross (0085914)
                               Attorney for Debtor(s)
                               109 W. Liberty Street
                               Medina, OH  44256
                               Phone:      (330) 725-8816
                               Fax:        (330) 723-5448
                               Email:      dlross@brownandamodio.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of May, 2015, true and correct copy/copies of the within *Notice* was/were filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties were served with a copy of the within *Notice* and a copy of the *Objections to Proofs of Claim* by regular U.S. mail, postage prepaid.  All parties may access this filing via the Court's electronic filing system.  The parties and/or their attorneys were served as follows:

*Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:*

Stacey A O'Stafy on behalf of Creditor Ocwen Loan Servicing, LLC
bankruptcy@mdk-llc.com, anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com

Donald Luke Ross on behalf of Debtor Joseph M. Campbell
dlross@brownandamodio.com, ross.434@outlook.com;ross.donald.luke@gmail.com

Donald Luke Ross on behalf of Debtor Michelle K. Campbell
dlross@brownandamodio.com, ross.434@outlook.com;ross.donald.luke@gmail.com

Keith Rucinski, Chapter 13 Trustee
efilings@ch13akron.com, krucinski@ecf.epiqsystems.com

2

15-50066-amk    Doc 32    FILED 05/14/15    ENTERED 05/14/15 10:06:17    Page 2 of 3

*And by regular U.S. mail, postage prepaid, on:*

| | |
|---|---|
| Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>Des Moines, IA  50306-0438<br>(*Per Proof of Claim*)<br><br>Westlake Financial Services, Inc.<br>4751 Wilshire Blvd., Ste. 100<br>Los Angeles, CA  90010<br>(*Per Proof of Claim*)<br><br>Joseph & Michelle Campbell<br>162 E. Bergey Street<br>Wadsworth, Ohio  44281 | |

/s/ Donald Luke Ross
Donald Luke Ross 0085914

3

15-50066-amk    Doc 32    FILED 05/14/15    ENTERED 05/14/15 10:06:17    Page 3 of 3