# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION, AKRON

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 Case No. 15-50066 |
| | ) | |
| JOSEPH M. CAMPBELL | ) | Judge Alan M. Koschik |
| MICHELLE K. CAMPBELL | ) | |
| | ) | |
| | ) | **NOTICE OF MOTION** |
| Debtor(s). | ) | |

Joseph M. Campbell and Michelle K. Campbell have filed a *Motion to Allow Late-Filed Claim by Condor Capital Corp. (Claim No. 5)* in this bankruptcy case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before, *July 15, 2015*, you or your attorney must:

File with the court a written response and/or request for a hearing; and, if the court requires a written response, file with the court a written response, answer or other document explaining your position, at:

> Office of the U.S. Bankruptcy Clerk
> John F. Seiberling Federal Building and U.S. Courthouse
> 2 South Main Street, Room 455
> Akron, Ohio  44308

If you mail your request and/or response to the court for filing, you must mail it early enough so that the court will *receive* it on or before the date stated above.

You must also mail a copy to:

> Donald L. Ross
> Attorney for Debtor(s)
> 109 W. Liberty Street
> Medina, Ohio  44256

1

Attend the hearing on the objection, which has yet to be scheduled, but will be held in Courtroom No. 260, United States Bankruptcy Court, 2 South Main Street, Akron, Ohio 44308.

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion.

Respectfully submitted,
BROWN, AMODIO & CHANDLER, LPA

Dated:   06/15/2015          /s/ Donald Luke Ross
                             Donald Luke Ross (0085914)
                             Attorney for Debtor(s)
                             109 W. Liberty Street
                             Medina, OH  44256
                             Phone:      (330) 725-8816
                             Fax:        (330) 723-5448
                             Email:      dlross@brownandamodio.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th of June, 2015, true and correct copy/copies of the within *Notice* was/were filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties were served with a copy of the within *Notice* and a copy of the *Motion* by regular U.S. mail, postage prepaid.  All parties may access this filing via the Court's electronic filing system.  The parties and/or their attorneys were served as follows:

*Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:*

Stacey A O'Stafy on behalf of Creditor Ocwen Loan Servicing, LLC
bankruptcy@mdk-llc.com, anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com

Donald Luke Ross on behalf of Debtor Joseph M. Campbell
dlross@brownandamodio.com, ross.434@outlook.com;ross.donald.luke@gmail.com

Donald Luke Ross on behalf of Debtor Michelle K. Campbell
dlross@brownandamodio.com, ross.434@outlook.com;ross.donald.luke@gmail.com

Keith Rucinski, Chapter 13 Trustee
efilings@ch13akron.com, krucinski@ecf.epiqsystems.com

*And by regular U.S. mail, postage prepaid, on:*

| | |
|---|---|
| Synchrony Bank<br>c/o Recovery Mgmt. Systems Corp.<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL  33131-1605<br>(*Per Proof of Claim No. 4*)<br><br>Condor Capital Corp.<br>165 Oser Ave.<br>Hauppauge, NY  11788<br>(*Per Proof of Claim Nos. 5 & 6*)<br><br>Joseph & Michelle Campbell<br>162 E. Bergey Street<br>Wadsworth, Ohio  44281 | Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>Des Moines, IA  50306-0438<br>(*Per Proof of Claim No. 1*)<br><br>Westlake Financial Services, Inc.<br>4751 Wilshire Blvd., Ste. 100<br>Los Angeles, CA  90010<br>(*Per Proof of Claim No. 3*) |

    /s/ Donald Luke Ross
    Donald Luke Ross 0085914