UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Joseph M. Campbell | : | Case No.: 15-50066 |
| Michelle K. Campbell | : | Chapter 13 |
| | : | Judge Joyce K. Kimbler |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR

Now comes Adam B. Hall, who shall be substituted for Stacey O'Stafy as counsel of record for creditor Ocwen Loan Servicing, LLC ("Creditor"). Stacey O'Stafy is no longer counsel for Creditor.

/s/ Adam B. Hall
Adam B. Hall (0088234)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

15-001485_PS

## CERTIFICATE OF SERVICE

       This is to certify that on June 18, 2015, a true and accurate copy of the foregoing Notice of Substitution of Counsel for Creditor was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

   Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

   Keith Rucinski, Chapter 13 Trustee, efilings@ch13akron.com

   Donald L Ross, Attorney for Joseph M. Campbell and Michelle K. Campbell, dlross@brownandamodio.com

and on the below listed parties by regular U.S. mail, postage prepaid:

   Joseph M. Campbell and Michelle K. Campbell, 162 E. Bergey Street, Wadsworth, OH 44281

   Medina County Treasurer, 144 North Broadway, Medina , OH  44256

   Asset Ventures, LLC, Attn: Legal Dept., 2625 Manhattan Beach Boulevard, Suite 100, Rodondo Beach, CA  90278

                                                /s/ Adam B. Hall

15-001485_PS